# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:    212-661-1008
anne@leelitigation.com

January 31, 2022

<u>VIA ECF</u>
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    *Ramirez v. Columbus Restaurant Fund IV, LLC et al*
                <u>Case No. 1:20-cv-08053</u>

Dear Judge Broderick:

      We are counsel to Plaintiff in the above-captioned matter. In response to the Court's Order at Dkt. 22, attached as **Exhibit A** please find an executed revised settlement agreement, curing the deficiencies set forth by the Court. For the Court's convenience, attached as **Exhibit B** please find a copy of the revised settlement agreement in blackline, to show changes.

      In view of the foregoing, the parties respectfully request the Court grant *Cheeks* fairness approval to the revised proposed settlement agreement.

      We thank the Court for its kind consideration.

Respectfully submitted,

  <u>*/s/ Anne Seelig*</u>
Anne Seelig, Esq.

Encl.
cc: all parties via ECF